

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

October 3 2016

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601

Re:            Compton C Maddux   AKA Compton Cutshall Maddux
Case No.    16-22059-rdd
Loan No.    ….7563

Dear Hon. Robert D. Drain,

    Please allow this letter to serve as a written status report, submitted on behalf of BSI Financial Services (the "Secured Creditor") pursuant to the Southern District of New York Loss Mitigation Program Procedures.

    Our firm received financials from the debtor on or about September 28, 2016 and have since sent to court client to review.  The Debtor advises that he is working in obtaining profit and loss statements over the past weekend.

    If there are any questions, please feel free to contact me directly at 716-204-1781.

                                             Very truly yours,


                                  By:    *S/Dennis Jose, Esq.*

cc.     ECF
       Mail to Compton Maddux